**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.,**<br><br>     **Plaintiff(s),**<br><br>  vs.<br><br>**VOLCANO CORPORATION,**<br><br>     **Defendant(s).** | **Case No.: 12-CV-01535 YGR**<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held on December 3, 2012. The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | July 31, 2013 |
| IDENTIFICATION OF EXPERT WITNESSES AND PROPOSED AREAS OF TESTIMONY: | July 31, 2013 |
| FACT DISCOVERY CUTOFF: | September 13, 2013 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 18, 2013<br>Rebuttal: October 9, 2013 |
| EXPERT DISCOVERY CUTOFF: | November 15, 2013 |
| DISPOSITIVE MOTIONS[1] BRIEFING SCHEDULE: | Motions filed by: December 3, 2013<br>Oppositions due: January 7, 2014<br>Replies due: January 21, 2014<br>Hearing on February 11, 2014 |
| COMPLIANCE HEARING (*See* NEXT PAGE) | Friday, May 2, 2014 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 25, 2014 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | | |
|---|---|---|
| 1 | PRETRIAL CONFERENCE: | Friday, May 9, 2014 at 9:00 a.m. |
| 2 | TRIAL DATE AND LENGTH: | Tuesday, May 27, 2014 at 8:30 a.m. for 7-10 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on Friday, May 2, 2014 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by January 11, 2013 by filing a JOINT NOTICE. A compliance hearing regarding shall be held on Friday, January 18, 2013 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By 1/11/13, the parties shall file either the JOINT NOTICE or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**