UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E BANAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VOLCANO CORPORATION, et al.,<br><br>    Defendants. | Case No. 12-cv-01535-WHO<br><br>**FINAL ORDER REGARDING DISPUTE OVER PLAINTIFFS' SECOND REQUEST FOR PRODUCTION** |

On October 4, 2013, the Court issued a tentative ruling regarding the dispute over the plaintiffs' second request for production. Dkt. No. 56. The order allowed that "either party may file an objection to the tentative ruling within 7 days of this Order." *Id.* at 1. Defendant Volcano Corporation filed a partial objection on October 11, 2013. Dkt. No. 57. The plaintiffs responded to the partial objection on October 15, 2013. Dkt. No. 58. Having reviewed the parties' submissions, the Court modifies its tentative ruling and enters the following final order:

Within 45 days of this Order, Volcano shall review and produce responsive, non-duplicative documents

- in its electronic archive for John Dahldorf, John Sheridan, Jwala Jawharkar, Shulai Zhao and Dan Redline; and

- from the hard drives of John Dahhdorf and Jwala Jawharkar, assuming that Volcano no longer possesses hard drives of any other deponents who are no longer employees.

Volcano shall advise the Court within 30 days of this Order if it is impossible for Volcano to comply with these obligations within 45 days, noting what steps Volcano has already completed and what remain necessary.

**IT IS SO ORDERED**.

Dated: October 17, 2013



WILLIAM H. ORRICK
United States District Judge