```
 1  COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  MARK F. LAMBERT (197410) (mlambert@cooley.com)
    RITESH K. SRIVASTAVA (246477) (rsrivastava@cooley.com)
 3  AMANDA A. MAIN (260814) (amain@cooley.com)
    Five Palo Alto Square
 4  3000 El Camino Real
    Palo Alto, CA 94306-2155
 5  Telephone:   (650) 843-5000
    Facsimile:   (650) 849-7400
 6
    Attorneys for Defendant
 7  VOLCANO CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10, <br><br> Defendants. | Case No. CV12-01535 (WHO) <br><br> **STIPULATION TO MODIFY SCHEDULING AND PRETRIAL ORDER** <br><br><br> **DEMAND FOR JURY TRIAL** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO MODIFY
SCHEDULING AND PRETRIAL ORDER
3:12-CV-01535

This Stipulation is entered into by and among Plaintiffs Christopher E. Banas and Paul Castella, in their capacities as Shareholders' Representatives of the Former Shareholders of CardioSpectra, Inc., ("Plaintiffs") and Defendant Volcano Corporation ("Volcano") (collectively the "Parties"), by and through their respective counsel.

WHEREAS, on October 17, 2013, the Court issued its Final Order Regarding Dispute Over Plaintiffs' Second Request for Production, requiring Volcano to review and produce responsive, non-duplicative documents from specified sources within 45 days;

WHEREAS, pursuant to the Court's October 17 Order, Volcano anticipates that it will produce documents on a rolling basis and will make every reasonable and diligent effort to complete its production by the Court's November 29, 2013 deadline;

WHEREAS, pursuant to the Scheduling and Pretrial Order (Dkt. 43), the expert discovery cutoff is November 15, 2013, and thus precedes the Court's November 29 deadline for Volcano to produce additional documents;

WHEREAS, the Parties have agreed to continue the deadline for expert discovery until December 20, 2013, so that the Parties' experts have the opportunity to consider documents produced in accordance with this Court's October 17 Order;

WHEREAS, pursuant to the Scheduling and Pretrial Order (Dkt. 43), the parties must file any dispositive motions by December 3, 2013, oppositions are due on January 7, 2014, replies are due on January 21, 2014, and the hearing on any such dispositive motions is set for February 12, 2014;

WHEREAS, the Parties have agreed that principles of efficiency and completeness justify a continuance of the deadline for filing dispositive motions and the related briefing and hearing schedule, so that the Parties can complete expert discovery before submitting dispositive motions;

WHEREAS, the Parties agree to continue the deadlines related to dispositive motions as follows: dispositive motions must be filed by January 21, 2014, oppositions are due on February 11, 2014, replies are due on February 25, 2014, and the hearing for any such dispositive motions is reset to March 19, 2014; and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION TO MODIFY
SCHEDULING AND PRETRIAL ORDER
3:12-CV-01535

WHEREAS, the Court has scheduled a further Case Management Conference for February 12, 2014, which is the same date for the currently scheduled hearing on dispositive Motions, and the Parties agree that the February 12, 2014 CMC should be continued to March 19, along with the hearing date for the Dispositive Motions;

NOW, THEREFORE, for good cause as shown, the Parties hereby stipulate and agree that the Scheduling and Pretrial Order (Dkt. 43) is modified as follows:

- Expert Discovery Cutoff: December 20, 2013
- Dispositive Motions Briefing Schedule:
    - Motions filed by: January 21, 2014
    - Oppositions due: February 11, 2014
    - Replies due: February 25, 2014
    - Hearing on March 19, 2014

**IT IS SO STIPULATED.**

Dated: October 25, 2013     COOLEY LLP


     /s/ *Mark F. Lambert*
    MARK F. LAMBERT (197410)

    Attorneys for Defendant
    VOLCANO CORPORATION


Dated: October 25, 2013     STANLEY IOLA, LLP


     /s/ *Marc R. Stanley*
    MARC R. STANLEY (Texas SBN 19046500)
    (*admitted pro hac vice*)

    Attorneys for Plaintiffs
    FORMER SHAREHOLDERS OF
    CARDIOSPECTRA

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION TO MODIFY
SCHEDULING AND PRETRIAL ORDER
3:12-CV-01535

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatory.

>   /s/ *Mark F. Lambert*
>   MARK F. LAMBERT (197410)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 25, 2013

>   Hon. William H. Orrick
>   United States District Court

1185077 /HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION TO MODIFY
SCHEDULING AND PRETRIAL ORDER
3:12-CV-01535