STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

Attorneys for Plaintiffs, Former Shareholders of CardioSpectra, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.

Plaintiffs,

v.

VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10,

Defendant.

CASE NO. CV12-01535WHO

**DECLARATION OF MARTIN WOODWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

DATE: March 19, 2014
TIME: 2:00 p.m.
JUDGE: Honorable William H. Orrick
CTRM: 2

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, MARTIN WOODWARD, hereby declare:

1. This Declaration is made in support of the accompanying Notice of Motion and Motion for Summary Judgment.

2. I am an attorney-at-law duly licensed to practice in the State of Texas and have been admitted to appear *pro hac vice* before this Court in this case. I am a member of the firm of Stanley Law Group and co-counsel of record for Plaintiffs, Former Shareholders of CardioSpectra, Inc. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify to the following:

3. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of the deposition of Vincent J. Burgess taken July 25, 2013 in this case.

4. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the Rule 30(b)(6) deposition of John T. Dahldorf taken July 19, 2013 in this case.

5. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the deposition of John T. Dahldorf taken July 19, 2013 in this case.

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts of the deposition of Scott Huennekens taken August 27, 2013 in this case.

7. Attached hereto as Exhibit 9 is a true and correct copy of deposition Exhibit 201 (Bates Nos. VOLCANO_00046942-47014) marked at the deposition of Vincent J. Burgess, referenced above.

8. Attached hereto as Exhibit 10 is a true and correct copy of deposition Exhibit 205 (Bates Nos. VOLCANO_00047161-47204) marked at the deposition of Vincent J. Burgess, referenced above.

9. Attached hereto as Exhibit 11 is a true and correct copy of deposition Exhibit 209 (Bates Nos. VOLCANO_00047362-80) marked at the deposition of Vincent J. Burgess, referenced above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of January 2014, at Dallas, Texas.

*/s/ Martin Woodward*
MARTIN WOODWARD

# Exhibit 2

# FILED UNDER SEAL

# Exhibit 3

# FILED UNDER SEAL

# Exhibit 4

# FILED UNDER SEAL

# Exhibit 5

# FILED UNDER SEAL

# Exhibit 9

# FILED UNDER SEAL

# Exhibit 10

# FILED UNDER SEAL

# Exhibit 11

# FILED UNDER SEAL