COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MARK F. LAMBERT (197410) (mlambert@cooley.com)
RITESH K. SRIVASTAVA (246477) (rsrivastava@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
VOLCANO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.,

Plaintiffs,

v.

VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10,

Defendants.

Case No. CV12-01535 (WHO)

**DECLARATION OF SCOTT HUENNEKENS IN SUPPORT OF DEFENDANT VOLCANO CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION OF PLAINTIFFS' CLAIMS**

Date: March 19, 2014
Time: 2:00 p.m.
Judge: Honorable William H. Orrick

**DEMAND FOR JURY TRIAL**

I, Scott Huennekens, hereby declare as follows:

1. I have been the President and Chief Executive Officer of Volcano Corporation ("Volcano") since April 2002. I submit this declaration in support of Volcano's Motion for Summary Judgment or, Alternatively, Summary Adjudication of Plaintiffs' Claims. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify to such facts.

2. Volcano is a publicly-traded medical device company that was founded in 2000. Volcano designs, develops, manufactures, and commercializes a broad suite of precision guided therapy tools, including intravascular ultrasound ("IVUS"), to diagnose and treat vascular heart disease. Volcano markets its products to physicians, nurses, and technicians who perform procedures in hospitals and to other personnel who make purchasing decisions on behalf of hospitals. Volcano's products consist of consoles that give the user access to multiple imaging technologies on a single system (i.e., multi-modality consoles) that are marketed as stand-alone units or as customized units.

3. On December 7, 2007, on behalf of Volcano, I executed the Agreement and Plan of Merger among Volcano, Corazon Acquisition, Inc., CardioSpectra, Inc., and Christopher E. Banas and Paul Castella, as Shareholders' Representatives (the "Merger Agreement"). A true and correct copy of the Merger Agreement is attached hereto as **EXHIBIT A**.

4. Volcano spent approximately $26.2 million on research and development for its cardiovascular OCT program between 2008 and 2012, and invested another $5.141 million in 2013.

5. I notified Plaintiffs, in a letter dated November 15, 2013, that Volcano was terminating its cardiovascular OCT program in its entirety following its reasonable determination that "a Commercial Failure has occurred with respect to its OCT cardiovascular program, such that it is not reasonable to further pursue development or commercialization." A true and correct copy of my November 15, 2013 letter is attached hereto as **EXHIBIT B**.

6. Before filing this lawsuit, Plaintiffs sent a letter, dated January 25, 2012, to the attention of Volcano's Chief Financial Officer, with a copy to me. In this letter, Plaintiffs

claimed that Volcano achieved "Cumulative Sales of OCT Products that results in the payment" of $17,000,000 "pursuant to Milestone Consideration set forth" in Sections 2.5(a)(iii) and (iv) of the Merger Agreement. Plaintiffs demanded payment of the third and fourth Milestones and, for the first time, sought to exercise their rights under Section 2.5(e) and 2.5(g) of the Merger Agreement. A true and correct copy of Plaintiffs' January 25, 2012 letter is attached hereto as **EXHIBIT C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 17, 2014 in San Diego, California.

Scott Huennekens

1209066 /HN