# EXHIBIT B

VIA FEDERAL EXPRESS (Saturday Delivery)

November 15, 2013

CHRISTOPHER E. BANAS
75 Rounds Road, Box 8588
Breckenridge, Colorado 80424

PAUL CASTELLA
15611 Cloud Top
San Antonio, Texas 78248

Re: Agreement and Plan of Merger, Dated December 7, 2007, by and among Volcano Corporation, Corazon Acquisition, Inc., CardioSpectra, Inc., and Christopher E. Banas and Paul Castella (as Shareholders' Representatives) (the "Agreement")

Dear Mr. Banas and Mr. Castella:

Volcano Corporation ("Volcano") sends this notice pursuant to Sections 13.5 and 2.5(c) of the Agreement. All capitalized terms in this notice that are defined in the Agreement shall have the meanings ascribed to them in the Agreement unless otherwise specified.

Volcano has made a reasonable determination that a Commercial Failure has occurred with respect to its OCT cardiovascular program, such that it is not commercially reasonable to further pursue development or commercialization of its OCT cardiovascular program. Volcano is therefore terminating its OCT cardiovascular program in its entirety.

Volcano's determination was made on or around November 2, 2013, and is based in part on Volcano's assessment of market conditions for OCT cardiovascular devices. Volcano has determined that prevailing and current market conditions for OCT cardiovascular imaging systems reflect material changes from the market conditions anticipated as of the Effective Date. Available information suggests that the United States market for OCT cardiovascular imaging systems has flattened over the past six quarters and that there has been only nominal growth in Europe during that time frame, leveling off to an annual global market of approximately $75 million. This is but a small fraction of the anticipated market as of the Effective Date. Decline, or at best only modest growth, is expected in this market going forward. Meanwhile, the industry has experienced a decrease in stable coronary PCI volumes in the United States and Japan, and flat growth in other significant geographies, which is anticipated to continue. All of this is occurring in an environment of constrained resource allocation for healthcare spending in general.

In this environment of constrained industry resources, Volcano has made a reasonable determination that it is not commercially reasonable, within the meaning of the Agreement, to further pursue development or commercialization of OCT Systems or OCT Products. These industry changes and constraints have impacted pricing, usage and revenue for proven and widely accepted cardiovascular imaging technologies such as IVUS and FFR, and Volcano sees little indication from the market that cardiovascular OCT imaging devices have sufficient market potential in such conditions. These industry changes and developments further support Volcano's determination that material changes have occurred in the market for the OCT Systems and OCT Products under development in its OCT cardiovascular program. At the time of the Effective Date, Volcano, along with many others in the industry (CardioSpectra included), foresaw that cardiovascular OCT imaging could supplant IVUS and other cardiovascular imaging technologies. That has not happened, and in light of present trends and Volcano's experience, the opposite is true. These factors signal material changes in market conditions for the OCT Systems and OCT Products under development in Volcano's OCT cardiovascular program that were not reasonably anticipated as of the Effective Date of the Agreement.

Accordingly, Volcano has made a reasonable determination that a Commercial Failure has occurred with respect to its OCT cardiovascular program, pursuant to Section 2.5(c) of the Agreement. In accordance with Section 2.5(c) of the Agreement, Volcano has exercised its sole discretion to terminate it OCT cardiovascular program in its entirety.

Sincerely,

Scott Huennekens
Chief Executive Officer
Volcano Corporation

cc: Cecil Schenker (via Federal Express and Facsimile)
John Bray (via Federal Express and Facsimile)