# EXHIBIT C

Paul Castella
17215 Eagle Hollow
San Antonio, TX 78248
210-667-7920

Christopher E. Banas
75 Rounds Rd, Box 8588
Breckenridge, CO 80424
970-453-9495

# fax

| | | | |
|---|---|---|---|
| TO: | Matthew T. Browne, Esq. | FROM: | Paul Castella and Christopher E. Banas |
| FAX: | 858-550-6420 | PAGES: | 3 |
| PHONE: | | DATE: | 1/25/2012 |
| RE: | | CC: | |

☐ Urgent  X For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments: [Your comments here]

Please see attached.

Christopher Banas
75 rounds Road, Box 8588
Breckenridge, Colorado 80424

Paul Castella
17215 Eagle Hollow
San Antonio, Texas 78248

January 25, 2012

VIA FEDERAL EXPRESS
AND FAX – (916) 638-7976

Volcano Corporation
3661 Valley Center Dr., Suite 200
San Diego, CA 92130
Attn: John Dahldorf, CFO

Re: The Agreement and Plan of Merger among Volcano Corporation, Corozon Acquisition, Inc., Cardiospectra, Inc., Christopher E. Banas and Paul Castella dated as of December 7, 2007 (the "Merger Agreement")

Dear Mr. Dahldorf:

Based upon a review of the publicly available information:

1. Volcano Corporation has achieved Cumulative Sales of OCT Products that results in the payment of $10,000,000 pursuant to the Milestone Consideration set forth in Section 2.5(a)(iii) of Agreement and Plan of Merger dated as of December 7, 2007 (the "Merger Agreement"); and

2. Volcano Corporation has achieved Cumulative Cash Sales of OCT Products that result in the payment of $7,000,000 pursuant to Milestone Consideration set forth in Section 2.5(a)(iv) of the Merger agreement.

Accordingly, demand is hereby made for payment of the Milestones set forth in Section 2.5(a)(iii) and (iv) pursuant to the terms of the Merger Agreement.

The undersigned demands that Volcano Corporation provide the Shareholder Representatives with the written summary set forth in Section 2.5(e) of the Merger Agreement, which summary will include a report of Cumulative Cash Sales of OCT Products and Combination Products by Volcano Corporation, its affiliates and their respective licenses in sufficient detail to provide confirmation of the information contained therein.

Pursuant to Section 2.5(g) of the Merger Agreement demand is made to allow the Shareholder Representatives to inspect Volcano and its affiliates' books and records to confirm cumulative cash sales of OCT Products for periods Q1 2009 through Q3 2011. Please submit a form of confidentiality agreement for us to review and we request alternative dates during normal business hours for us to conduct this inspection of the books and records of Volcano Corporation and its affiliates.

Sincerely,

Christopher E. Banas

Christopher E. Banas, in his capacity
as a Shareholders' Representative

Paul Castella, in his capacity
as a Shareholders' Representative

cc: Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121
Attn: Matthew T. Browne, Esq.
Fax: (858) 550-6420

Via Federal Express and Facsimile

Cecil Schenker, Esq.
Cox Smith Matthews Incorporated
112 E. Pecan, Suite 1800
San Antonio, TX 78205
Fax: (210) 226-8395

Via Federal Express and Facsimile

Scott Huennekens, CEO
Volcano Corporation
3661 Valley Center Dr., Suite 200
San Diego, CA 92130
Fax: (916) 634-7976

Via Federal Express and Facsimile

John Bray, Esq.
Cox Smith Matthews Incorporated
112 E. Pecan, Suite 1800
San Antonio, TX 78205
Fax: (210) 226-8396

Via Federal Express and Facsimile

Darin Lippoldt, Esq.
Senior VP and General Counsel
Volcano Corporation
3661 Valley Center Dr., Suite 200
San Diego, CA 92130
(858) 720-0325

Via Federal Express and Facsimile