COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MARK F. LAMBERT (197410) (mlambert@cooley.com)
RITESH K. SRIVASTAVA (246477) (rsrivastava@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
VOLCANO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. CV12-01535 (WHO)<br><br>**DECLARATION OF AMANDA A. MAIN IN SUPPORT OF DEFENDANT VOLCANO CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION OF PLAINTIFFS' CLAIMS**<br><br>Date: March 19, 2014<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Orrick<br><br>**DEMAND FOR JURY TRIAL** |

I, Amanda A. Main, hereby declare as follows:

1. I am an associate in the law firm of Cooley LLP, counsel of record for Defendant Volcano Corporation ("Volcano") in this matter. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify to such facts.

2. On August 20, 2012, Plaintiffs Christopher E. Banas and Paul Castella, in their capacities as Shareholders' Representatives of the Former Shareholders of CardioSpectra, Inc., ("Plaintiffs") filed their Second Amended Complaint for Breach of Written Contract (the "Complaint"). A true and correct copy of Plaintiffs' Complaint (without exhibits) is attached hereto as **EXHIBIT D**.

3. On June 14, 2013, Plaintiffs served on Volcano a Notice of Videotaped Deposition of Defendant Volcano Corporation Pursuant to Fed. R. Civ. P. 30(b)(6) ("Plaintiffs' 30(b)(6) Notice"). Plaintiffs' 30(b)(6) Notice demanded that Volcano designate a corporate representative to testify on "Area of Inquiry No. 9" regarding "Volcano's sales (through Axsun) of the Axsun Swept Laser OEM Engine (1060 nm and 1310 nm), Axsun Swept Laser Benchtop Engine (1060 nm and 1310 nm), Axsun Camera Link Data Acquisition (DAQ) Board, and Axsun Swept Laser with Integrated DAQ, including budgeting and revenue figures (by year, for each year from Volcano's acquisition of Axsun through the present)." A true and correct copy of Plaintiffs' 30(b)(6) Notice is attached hereto as **EXHIBIT E**. On July 9, 2013, Volcano served Defendant Volcano Corporation's Responses and Objections to Plaintiffs' Notice of Videotaped Deposition of Defendant Volcano Corporation Pursuant to Federal Rule of Civil Procedure 30(b)(6), wherein it designated John Dahldorf to testify as its corporate representative on "Area of Inquiry No. 9," a true and correct copy of which is attached hereto as **EXHIBIT F**.

4. On June 19, 2013, counsel for Plaintiffs deposed Nathaniel J. Kemp. A true and correct copy of the relevant portions of Dr. Kemp's deposition transcript is attached hereto as **EXHIBIT G**.

5. On July 16 and 17, 2013, counsel for Plaintiffs deposed Tim Glynn. A true and correct copy of the relevant portions of Mr. Glynn's deposition transcript is attached hereto as **EXHIBIT H**.

6. On July 19, 2013, counsel for Plaintiffs deposed John T. Dahldorf. A true and correct copy of the relevant portions of Mr. Dahldorf's deposition transcript is attached hereto as **EXHIBIT I**.

7. A document identifying "OCT Actual Expenses" compared to the "OCT Original Budget" for years 2008 through 2013, was previously marked as Exhibit 164 at the deposition of Mr. Dahldorf (*see* Dahldorf Depo. at 23:23-24:10), a true and correct copy of which is attached hereto as **EXHIBIT J**.

8. On August 14, 2013, counsel for Volcano deposed Daniel Sims. A true and correct copy of the relevant portions of Mr. Sims' deposition transcript is attached hereto as **EXHIBIT K**.

9. A document titled, "Executive CorVue NURD Summary [by] Nate Kemp [and] Dan Sims," and dated July 1, 2008, was previously marked as Exhibit 351 at the deposition of Mr. Sims (*see* Sims Depo. at 169:25-171:14), a true and correct copy of which is attached as **EXHIBIT L**.

10. On August 27, 2013, counsel for Plaintiffs deposed Scott Huennekens. A true and correct copy of the relevant portions of Mr. Huennekens' deposition transcript is attached hereto as **EXHIBIT M**.

11. On September 10, 2013, counsel for Volcano deposed Plaintiff Paul Castella. A true and correct copy of the relevant portions of Plaintiff Castella's deposition transcript is attached hereto as **EXHIBIT N**.

12. Plaintiffs sent a letter, dated June 25, 2010, to the attention of Volcano's Chief Financial Officer, John Dahldorf. Plaintiffs' June 25, 2010 letter was previously marked as Exhibit 821 at the deposition of Plaintiff Castella (*see* Castella Depo. at 303:17-304:1), a true and correct copy of which is attached hereto as **EXHIBIT O**.

13. On September 12, 2013, counsel for Volcano deposed Plaintiff Christopher E. Banas. A true and correct copy of the relevant portions of Plaintiff Banas's deposition transcript is attached hereto as **EXHIBIT P**.

14. A document titled, "Optical Coherence Tomography Platform Technologies:

CorVue OCT Catheter System Presentation to Volcano Corporation," and dated August 9, 2007, (the "August 2007 Presentation") was previously marked as Exhibit 802 at the deposition of Plaintiff Castella (*see* Castella Depo. at 77:2-78:4) and as Exhibit 861 at the deposition of Plaintiff Banas (*see* Banas Depo. at 97:7-101:16). A true and correct copy of the August 2007 Presentation, as marked at the deposition of Plaintiff Banas, is attached hereto as **EXHIBIT Q**.

15. An email, dated December 1, 2007, from Plaintiff Banas to Volcano employees with a copy to Plaintiff Castella, forwarded to additional Volcano employees with an attachment from Plaintiff Banas bearing the filename "CardioSpectra_Model_v3 Banas Dec 1 2007.xls," was previously marked as Exhibit 863 at the deposition of Plaintiff Banas (*see* Banas Depo. at 145:7-149:6), a true and correct copy of which is attached hereto as **EXHIBIT R**.

16. A document titled, "QPM Q3-08 OCT [by] Christopher Banas," and dated July 28, 2008, was previously marked as Exhibit 873 at the deposition of Plaintiff Banas (*see* Banas Depo. at 282:14-25), a true and correct copy of which is attached hereto as **EXHIBIT S**.

17. On June 28, 2013, Volcano served Defendant Volcano Corporation's Second Set of Interrogatories to Plaintiffs Former Shareholders of CardioSpectra, Inc., a true and correct copy of which is attached hereto as **EXHIBIT T**. On July 26, 2013, Plaintiffs served their Objections and Responses to Defendant Volcano Corporation's Second Set of Interrogatories to Plaintiffs Former Shareholders of CardioSpectra, Inc. On October 4, 2013, the Court granted Volcano's motion to compel, ordering Plaintiffs to serve supplemental responses to interrogatories 4 through 12 and 14 and state the material facts supporting their contentions, a true and correct copy of which is attached hereto as **EXHIBIT U**. Plaintiffs supplemented their July 26 responses on November 4, 2013 in their Supplemental Objections and Responses to Defendant Volcano Corporation's Second Set of Interrogatories to Plaintiffs Former Shareholders of CardioSpectra, Inc., a true and correct copy of which is attached hereto as **EXHIBIT V**.

18. On November 25, 2013, and after receiving Plaintiffs' supplemental interrogatory responses, I sent a meet and confer letter to Plaintiffs' counsel, explaining that the supplemental responses still contain factually unsupported contentions and asking Plaintiffs to confirm that such responses disclose all material facts supporting their contentions. Plaintiffs failed to do so

and did not further supplement their responses. A true and correct copy of my November 25, 2013 letter is attached hereto as **EXHIBIT W**.

19. For the convenience of the Court, attached hereto is a true and correct copy of the supplemental authority identified in the List of Exhibits as **EXHIBIT X**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 21, 2014 in Palo Alto, California.

*/s/Amanda A. Main*
Amanda A. Main (260814)

Attorneys for Defendant
VOLCANO CORPORATION