COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MARK F. LAMBERT (197410) (mlambert@cooley.com)
RITESH K. SRIVASTAVA (246477) (rsrivastava@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
VOLCANO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.,

Plaintiffs,

v.

VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10,

Defendants.

Case No. CV12-01535 (WHO)

**DECLARATION OF JWALA JAWHARKAR IN SUPPORT OF DEFENDANT VOLCANO CORPORATION'S REPLY REGARDING DKT. NO. 65**

Date: March 19, 2014
Time: 2:00 p.m.
Judge: Honorable William H. Orrick

**DEMAND FOR JURY TRIAL**

I, Jwala Jawharkar, hereby declare as follows:

1. I am a Regulatory Affairs Specialist for Defendant Volcano Corporation ("Volcano"). I submit this declaration in support of Defendant Volcano Corporation's Reply in Support of Motion for Summary Judgment or, Alternatively, Summary Adjudication of Plaintiffs' Claims. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify to such facts.

2. I have reviewed Volcano's business records, which it keeps in the regular course of business, and located a record documenting a pre-submission meeting between Volcano and the United States Food & Drug Administration ("FDA") on February 8, 2008, regarding an Intravascular Ultrasound ("IVUS") balloon catheter that came to be referred to within Volcano as "VIBE," a true and correct copy of which is attached hereto as **EXHIBIT OO**.

3. On December 12, 2008, I received an email from Dan Redline, regarding "Telephone Discussion w/ FDA Re: VOILA IDE" and bearing bates label VOLCANO_00279532, a true and correct copy of which is attached hereto as **EXHIBIT PP**.

4. On December 10, 2008, I received an email from Dan Redline, regarding "Discussion w/ Elisa Harvey Re: OCT IDE Path" and bearing bates label VOLCANO_00279395, a true and correct copy of which is attached hereto as **EXHIBIT QQ**.

5. On December 30, 2008, in response to an FDA deficiency letter dated December 24, 2008, Volcano submitted an amendment to its December 2008 Investigational Device Exemption ("IDE") Application (G080226) for an OCT system and catheter. A true and correct copy of the cover letter to this amendment, bearing bates label VOLCANO_00207880, is attached hereto as **EXHIBIT RR**.

6. I have reviewed Volcano's business records, which it keeps in the regular course of business, and located letters from FDA to Volcano, dated November 19, 2010 and March 11, 2011, regarding an IDE application Volcano submitted for the VIBE catheter. True and correct copies of the November 19, 2010 and March 11, 2011 letters are attached hereto as **EXHIBIT SS** (an exact but unexecuted copy of which was previously produced at VOLCANO_00074821) and **EXHIBIT TT**, respectively.

7. On August 7, 2009, I was copied on an email from Lorry Huffman, titled "IDE G080226/A3 FDA response," bearing bates label VOLCANO_00143984, and containing two attachments. A true and correct copy of the email and relevant attachment (such attachment bears bates label VOLCANO_00144022, but has been provided in native, color format) are attached hereto as **EXHIBIT UU**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 24, 2014 in Rancho Cordova, California.

Jwala Jawharkar

1220953 /HN