STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

Attorneys for Plaintiffs, Former Shareholders of CardioSpectra, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.

Plaintiffs,

v.

VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10,

Defendant.

CASE NO. CV12-01535WHO

**DECLARATION OF MARTIN WOODWARD IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT VOLCANO CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

DATE: March 19, 2014
TIME: 2:00 p.m.
JUDGE: Honorable William H. Orrick
CTRM: 2

**CORRECTED REDACTED VERSION OF DOCUMENTS FILED UNDER SEAL PURSUANT TO COURT ORDER DATED MARCH 31, 2014 [DKT. NO. 96]**

I, MARTIN WOODWARD, hereby declare:

1. This Declaration is made in support of the accompanying Memorandum in Opposition to Defendant Volcano Corporation's Notice of Motion and Motion for Summary Judgment [Doc 65].

2. I am an attorney-at-law duly licensed to practice in the State of Texas and have been admitted to appear *pro hac vice* before this Court in this case. I am a member of the firm of Stanley Law Group and co-counsel of record for Plaintiffs, Former Shareholders of CardioSpectra, Inc. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify to the following:

3. Attached hereto as Exhibit 15 is a true and correct copy of relevant excerpts of the deposition of Christopher Banas taken September 12, 2013 in this case.

4. Attached hereto as Exhibit 16 is a true and correct copy of relevant excerpts of the deposition of Vincent J. Burgess taken July 25, 2013 in this case.

5. Attached hereto as Exhibit 17 is a true and correct copy of relevant excerpts of the deposition of Cindy Domecus taken December 18, 2013 in this case.

6. Attached hereto as Exhibit 18 is a true and correct copy of relevant excerpts of the deposition of Elisa D. Harvey taken September 9, 2013 in this case

7. Attached hereto as Exhibit 19 is a true and correct copy of relevant excerpts of the deposition of Scott Huennekens taken August 27, 2013 in this case.

8. Attached hereto as Exhibit 20 is a true and correct copy of relevant excerpts of the deposition of Jwala Jawharkar taken August 7, 2013 in this case.

9. Attached hereto as Exhibit 21 is a true and correct copy of relevant excerpts of the deposition of Zvi Ladin Ph.D. taken December 11, 2013 in this case.

10. Attached hereto as Exhibit 22 is a true and correct copy of relevant excerpts of the deposition of Tom Milner taken August 23, 2013 in this case.

11. Attached hereto as Exhibit 23 is a true and correct copy of relevant excerpts of the deposition of Alexander Parker Wood taken August 22, 2013 in this case.

12. Attached hereto as Exhibit 24 is a true and correct copy of relevant excerpts of the

deposition of Lisa Quaglia taken June 21, 2013 in this case.

13. Attached hereto as Exhibit 25 is a true and correct copy of relevant excerpts of the deposition of Dan Redline taken August 29, 2013 in this case.

14. Attached hereto as Exhibit 26 is a true and correct copy of deposition Exhibit E-1 marked at the deposition of Zvi Ladin, Ph.D. referenced above.

15. Attached hereto as Exhibit 27 is a true and correct copy of deposition Exhibit E-13 marked at the deposition of Zvi Ladin, Ph.D. referenced above.

16. Attached hereto as Exhibit 28 is a true and correct copy of deposition Exhibit E108 marked at the deposition of Cindy Domecus referenced above.

17. Attached hereto as Exhibit 29 is a true and correct copy of deposition Exhibit E100 marked at the deposition of Cindy Domecus referenced above.

18. Attached hereto as Exhibit 30 is a true and correct copy of deposition Exhibit 23 marked at the deposition of Lorry Huffman taken June 5, 2013.

19. Attached hereto as Exhibit 31 is a true and correct copy of deposition Exhibit 25 marked at the deposition of Lorry Huffman taken June 5, 2013.

20. Attached hereto as Exhibit 32 is a true and correct copy of deposition Exhibit 44 marked at the deposition of Lisa Quaglia referenced above.

21. Attached hereto as Exhibit 33 is a true and correct copy of deposition Exhibit 223 marked at the deposition of Vince Burgess referenced above.

22. Attached hereto as Exhibit 34 is a true and correct copy of deposition Exhibit 225 marked at the deposition of Vince Burgess referenced above.

23. Attached hereto as Exhibit 35 is a true and correct copy of deposition Exhibit 234 marked at the deposition of Vince Burgess referenced above.

24. Attached hereto as Exhibit 36 is a true and correct copy of deposition Exhibit 242 marked at the deposition of Vince Burgess referenced above.

25. Attached hereto as Exhibit 37 is a true and correct copy of deposition Exhibit 284 marked at the deposition of Jwala Jawharkar referenced above.

26. Attached hereto as Exhibit 38 is a true and correct copy of deposition Exhibit 428 marked at the deposition of Scott Huennekens referenced above.

27. Attached hereto as Exhibit 39 is a true and correct copy of deposition Exhibit 445 marked at the deposition of Scott Huennekens referenced above.

28. Attached hereto as Exhibit 40 is a true and correct copy of deposition Exhibit 447 marked at the deposition of Scott Huennekens referenced above.

29. Attached hereto as Exhibit 41 is a true and correct copy of a document beginning with bates number VOLCANO_13328 produced by Defendant Volcano Corporation.

30. Attached hereto as Exhibit 42 is a true and correct copy of a document beginning with bates number VOLCANO_63076 produced by Defendant Volcano Corporation.

31. Attached hereto as Exhibit 43 is a true and correct copy of a document beginning with bates number VOLCANO_63149 produced by Defendant Volcano Corporation.

32. Attached hereto as Exhibit 44 is a true and correct copy of a document beginning with bates number VOLCANO_201047 produced by Defendant Volcano Corporation.

33. Attached hereto as Exhibit 45 is a true and correct copy of a document beginning with bates number VOLCANO_241735 produced by Defendant Volcano Corporation.

34. Attached hereto as Exhibit 46 is a true and correct copy of a document beginning with bates number VOLCANO_232626 produced by Defendant Volcano Corporation.

35. Attached hereto as Exhibit 47 is a true and correct copy of a document beginning with bates number VOLCANO_254783 produced by Defendant Volcano Corporation.

36. Attached hereto as Exhibit 48 is a true and correct copy of a document beginning with bates number VOLCANO_267670 produced by Defendant Volcano Corporation.

37. Attached hereto as Exhibit 49 is a true and correct copy of a document beginning with bates number VOLCANO_296882 produced by Defendant Volcano Corporation.

38. Attached hereto as Exhibit 50 is a true and correct copy of a document beginning with bates number VOLCANO_320650 produced by Defendant Volcano Corporation.

39. Attached hereto as Exhibit 51 is a true and correct copy of a document beginning with bates number VOLCANO_338683 produced by Defendant Volcano Corporation.

40. Attached hereto as Exhibit 52 is a true and correct copy of a document beginning with bates number VOLCANO_339372 produced by Defendant Volcano Corporation.

41. Attached hereto as Exhibit 53 is a true and correct copy of a document beginning with bates number VOLCANO_339803 produced by Defendant Volcano Corporation.

42. Attached hereto as Exhibit 54 is a true and correct copy of a document beginning with bates number VOLCANO_343340 produced by Defendant Volcano Corporation.

43. Attached hereto as Exhibit 55 is a true and correct copy of a document beginning with bates number VOLCANO_377816 produced by Defendant Volcano Corporation.

44. Attached hereto as Exhibit 56 is a true and correct copy of Defendant Volcano Crporation's Responses and Objections to Plaintiffs' First Request for Production.

45. Attached hereto as Exhibit 57 is a true and correct copy deposition Exhibit 258 marked at the deposition of David Sheehan taken July 30, 2013.

46. Attached hereto as Exhibit 58 is a true and correct copy deposition Exhibit 259 marked at the deposition of David Sheehan taken July 30, 2013.

47. Attached hereto as Exhibit 59 is a true and correct copy of a document beginning with bates number CS024070 produced by Plaintiffs.

48. Attached hereto as Exhibit 60 is a true and correct copy of a document beginning with VOLCANO_358580 produced by Defendant Volcano Corporation.

49. Attached hereto as Exhibit 61 is a true and correct copy of deposition Exhibit 225 marked at the deposition of Vince Burgess referenced above.

50. Attached hereto as Exhibit 62 is a true and correct copy of deposition Exhibit 45 marked at the deposition of Lisa Quaglia referenced above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of February 2014, at Dallas, Texas.

MARTIN WOODWARD