COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MARK F. LAMBERT (197410) (mlambert@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
VOLCANO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.,

Plaintiffs,

v.

VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10,

Defendants.

Case No. CV12-01535 (WHO)

**DECLARATION OF CHUCK CHANDLER IN SUPPORT OF DEFENDANT VOLCANO CORPORATION'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Date: May 28, 2014
Time: 2:00 p.m.
Dept: Courtroom 2, 17th Floor
Judge: Honorable William H. Orrick

I, Chuck Chandler, declare:

1. I am a Partner at Valeo Partners ("Valeo"), which is an international consulting firm located in Washington, D.C. I make this declaration in support of Volcano Corporation's Petition for Attorneys' Fees and Costs. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto.

2. I am involved in all aspects of the Valeo Attorney Hourly Rates Database, including its research, preparation, presentation, marketing and client relations, and thus I am familiar with how it is developed and how it is used.

3. Valeo developed the "Attorney Hourly Rates Database," which is a database of competitive hourly rate information of attorneys and paralegals. Attached as **Exhibit A** is a true

and correct copy of the Valeo Partners webpage describing the Attorney Hourly Rates Database. The information stated on such pages is accurate.

4. The Valeo Attorney Hourly Rates Database identifies rates for attorneys and paralegals at large, middle-market and boutique firms, in over 80 Practice Areas and in over 300 cities. Valeo uses actual rates—i.e., the rate a law firm billed a client—as collected from filings in all court dockets accessible online. Valeo's researchers regularly monitor court filings and other public records for information on the actual rates that lawyers are declaring in such filings as motions for attorneys' fees, bankruptcy fee petitions and applications to bankruptcy courts for approval to work on a matter (where the lawyer's actual rates to be charged are shown).

5. Additionally, Valeo provides the individual attorneys' and paralegals' names, hourly rates, firms, practice areas and cities of practice, rather than a composite of bundled rates.

6. Valeo has hundreds of users of the Rate Database. Over 70% of our subscribers are larger law firms with over 400 attorneys. These law firms as well as our corporate users rely on the Database for a variety of purposes.

7. Attached as **Exhibit B** is a true and correct copy of the information pulled from the Valeo database on April 14, 2014 for attorney, staff attorney, and paralegal billing rates from 2011 – 2014 among firms in the San Francisco Bay Area for Cooley LLP. For comparison purposes, the Volcano rates for Michael G. Rhodes, Mark F. Lambert, Ritesh K. Srivastava, Amanda A. Main, Bethany C. Lobo, Sarah R. Binning, Tijana M. Brien, Jeffrey D. Lombard, Guillermo Alvarez, Jr., Arnold Blair, and Richard A. Neiva were added to this information. Exhibit B also reflects the law school graduation dates for the Cooley attorneys and for the attorneys listed for comparison purposes.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 14th Day of April, 2014 at Washington, District of Columbia.

Chuck Chandler

106008613 v2