COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MARK F. LAMBERT (197410) (mlambert@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
VOLCANO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORMER SHAREHOLDERS OF CARDIOSPECTRA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLCANO CORPORATION, a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. CV12-01535 (WHO)<br><br>**DECLARATION OF MARK F. LAMBERT IN SUPPORT OF DEFENDANT VOLCANO CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES, COSTS, AND DISBURSEMENTS**<br><br>Date: May 28, 2014<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

I, Mark F. Lambert, declare:

1. I am an attorney admitted to practice law in the State of California and a partner at Cooley LLP ("Cooley"), counsel for Defendant Volcano Corporation ("Volcano"). Except as otherwise noted, I have personal knowledge of the facts herein and if called to testify, could and would testify competently thereto.

2. Based on information provided to me by each timekeeper below, and my oversight of the work involved, Cooley spent the following time preparing Volcano's Motion for Attorneys' Fees, Costs, and Disbursements, including the preparation of Volcano's opening motion, brief and supporting documents; review of Plaintiffs' opposition and cited authorities; and its preparation of Volcano's reply and all related documents, as set forth below in Table 11, which amends and supplements the information previously provided in Table 9 to the declaration I submitted in support of Volcano's Motion (Dkt. No. 108).

**Table 11: Cooley Time Spent on Fee Application**
**April & May 2014**

| Timekeeper | Title | Hours | Rate | Fee Amount |
|---|---|---|---|---|
| Michael G. Rhodes | Partner | 0.5 | $1,095 | $547.50 |
| Mark F. Lambert | Partner | 15.9 | $770 | $12,243.00 |
| Amanda A. Main | Associate | 42.5 | $685 | $29,112.50 |
| Bethany Lobo | Associate | 51.3 | $620 | $31,806.00 |
| Tijana Brien | Associate | 70.7 | $445 | $31,461.50 |
| **Total** | | **180.9** | | **$105,170.50** |

3. A true and correct copy of the Merger Agreement titled "Agreement and Plan of Merger among Volcano Corporation, a Delaware Corporation; Corazon Acquisition, Inc., a Texas Corporation; CardioSpectra, Inc., a Texas Corporation; Christopher E. Banas as Shareholder's Representative; and Paul Castella, as Shareholders' Representative, Dated as of December 7, 2007"

(the "Merger Agreement") is attached hereto as **EXHIBIT H**.

4. On September 10, 2013, I took the oral deposition of Plaintiff Paul Castella. A true and correct copy of the relevant portions of Plaintiff Castella's deposition transcript is attached hereto as **EXHIBIT I**.

5. A true and correct copy of Formal Opinion 00-420 of the American Bar Association Standing Committee on Ethics and Professional Responsibility is attached hereto for the Court's convenience as **EXHIBIT J.**

6. As of this date, Volcano has paid in full all Cooley invoices in connection with this action, with the exception of two recent invoices from this year, for which Cooley expects payment from Volcano based on past practice.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 12th day of May 2014 at Palo Alto, California.

*/s/ Mark F. Lambert*
Mark F. Lambert

106939269