UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E BANAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VOLCANO CORPORATION, et al., <br><br> Defendants. | Case No. 12-cv-01535-WHO <br><br> **ORDER ENTERING TEMPORARY STAY OF ENFORCEMENT OF ATTORNEYS' FEES AWARD** <br><br> Re: Dkt. No. 129 |

On December 12, 2014, I awarded defendant Volcano $3,524,466.55 in attorneys' fees and costs. Dkt. No. 126. Plaintiffs Christopher Banas and Paul Castella have filed a motion to stay execution of the award pending appeal of the underlying orders granting Volcano summary judgment and attorneys' fees. Dkt. No. 129. Plaintiffs have also filed a motion to shorten time in order to have the motion for a stay heard on January 21, 2015. Dkt. No. 130. Plaintiffs also request that the Court immediately enter a temporary stay of enforcement of the fee award while their motions to stay and to shorten time are pending.

Plaintiffs' request for a temporary stay is GRANTED. Execution of the fee award is TEMPORARILY STAYED pending resolution of plaintiffs' motion for a stay (Dkt. No. 126).

If Volcano agrees that the motion for a stay should be heard on January 21, 2015, it should notify plaintiffs' counsel and Ms. Davis, my Courtroom Deputy, no later than 4:00 p.m. on January 16, 2015, and file any responding papers by noon on Tuesday, January 20, 2015. If not, pursuant to Civil Local Rule 6-3(b), Volcano has until Tuesday, January 20, 2015, to oppose the motion to shorten time, and I will set the hearing thereafter.

**IT IS SO ORDERED**.

Dated: January 15, 2015



WILLIAM H. ORRICK
United States District Judge